Lori N. Brown, Esq.
Nevada Bar No. 8858
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone:  (602) 794-3651
Facsimile:  (602) 265-4716
Email:  lbrown@grsm.com

*Attorney for Defendant LV Petroleum, LLC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EMMERSON, an individual, | CASE NO.  2:25-cv-00961-MDC |
| Plaintiff, | **JOINT STATUS REPORT REGARDING REMOVAL** |
| vs. | |
| LV PETROLEUM, LLC, a Nevada limited liability company, | |
| Defendant. | |

Plaintiff Patrick Emmerson ("Plaintiff") and Defendant LV Petroleum, LLC, ("Defendant"), by and through their respective undersigned counsel, provide the following information in response to the Court's June 2, 2025, Minute Order. [ECF No. 4].

1.      On May 5, 2025, Plaintiff filed this civil action against Defendant in the Eighth Judicial District Court of Nevada, Clark County, styled *Patrick Emmerson v LV Petroleum, LLC*, Case No. A-25-918303-C. (the "State Court Action").

2.      On May 14, 2025, Defendant waived service of the Summons and Complaint, which made the Defendant's responsive pleading due on July 14, 2025.

3.      On May 30, 2025, Defendant filed its Notice of Removal in this Court to remove the State Court Action to this Court based on federal question jurisdiction. [ECF No. 1]. Plaintiff does not agree that removal was proper on this basis and filed a motion to

*Gordon Rees Scully Mansukhani, LLP*
*Two North Central Avenue Suite 2200*
*Phoenix, AZ 85004*

1    remand. [ECF No.13].

2      4.  Removal occurred less than 30 days after Defendant waived service.  There

3    is currently one named Plaintiff and one named Defendant.

4      5.  Defendant's responsive pleading was filed on June 9, 2025 [ECF No.11].

5      6.  There is a pending  Motion to Remand this matter to the Eighth Judicial

6    District Court of Nevada requiring the Court's attention. [ECF No. 13]. Defendant intends

7    to file a response to the pending Motion to Remand on or before July 11, 2025, as directed

8    by the Court.

9

10   Dated:  July 2, 2025.

11

12   **GREENBERG GROSS, LLP**    **GORDON REES SCULLY MANSUKHANI, LLP**

13

14   */s/ Michael A. Burnette*       */s/ Lori N. Brown*
     Michael A. Burnette         Lori N. Brown

15   *Attorney for Plaintiff*        *Attorney for Defendant*

16

17

18

19

20

21

22

23

24

25

26

27

28

*Gordon Rees Scully Mansukhani, LLP*
*Two North Central Avenue Suite 2200*
*Phoenix, AZ 85004*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, and pursuant to Fed. R. Civ. Pro. 5, I served a true and correct copy of the foregoing document via CM/ECF and email to the following:

Jemma E. Dunn
Matthew T. Hale
Michael A. Burnette
Greenberg Gross, LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
jdunn@GGTrialLaw.com
mhale@GGTrialLaw.com
mburnette@GGTrialLaw.com
Attorneys for Plaintiff


*/s/ Jessica C. Gerblick*

**Gordon Rees Scully Mansukhani, LLP**
**Two North Central Avenue Suite 2200**
**Phoenix, AZ 85004**

-3-