Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
Email: lbrown@grsm.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EMMERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LV PETROLEUM, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO. 2:25-cv-00961-MDC<br><br>**STIPULATION TO REMAND TO STATE COURT** |

Defendant LV Petroleum, LLC ("Defendant"), by and through its counsel of record, Lori N. Brown, Esq. of Gordon Rees Scully Mansukhani, LLP, and Plaintiff Patrick Emmerson ("Plaintiff"), by and through his counsel of record, Jemma E. Dunn, Matthew T. Hale, and Michael A. Burnette of Greenberg Gross, LLP, hereby stipulate and agree as follows:

1. On May 5, 2025, Plaintiff commenced the action *Patrick Emmerson v. LV Petroleum, LLC,* Case No.: A-25-918303-C in the Eighth Judicial District Court in and for Clark County (the "State Court Action").

2. On May 30, 2025, Defendant filed its Notice of Removal of the State Court Action based on federal question jurisdiction. [ECF No. 1].

3.  Defendant later became aware that Plaintiff does not agree with the removal of the State Court Action when on June 27, 2025, Plaintiff filed a Motion to Remand. [ECF No.13].

4.  The Parties agree that this matter should be remanded back to the Eighth Judicial District Court in and for Clark County.

5.  The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order.

DATED this 14th day of July, 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Lori N. Brown*
LORI N. BROWN, ESQ.
*Attorney for Defendants*

**GREENBERG GROSS, LLP**

*/s/ Matthew T. Hale*
MATTHEW T. HALE, ESQ.
*Attorney for Plaintiff*

IT IS SO ORDERED:

CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 15, 2025

-2-